The questions presented by the record are purely of fact. We have carefully and critically examined and reviewed the testimony submitted at the trial of the cause, and, from a survey of the whole, we are impressed that the defendant has made the better case.   Owing to the large number of cases upon the docket now being pressed for our consideration, and as no good purpose can be subserved thereby, we will not take time to review the testimony here.   The conclusion reached being in accord with the findings of the lower court, the decree will be affirmed.

AFFIRMED.

Decided 15 November, 1899.

### FRANKLIN BANK *v.* JOHNSON.

From Multnomah :   E. D. SHATTUCK, Judge.

Action by the Franklin Bank of St. Louis against the Johnson-Oliphant Company, on an accepted draft which was not paid at maturity.   Judgment for plaintiff, from which defendant appeals.                        DISMISSED.

*Mr. Michael G. Munly,* for appellant.

*Messrs. Dolph, Mallory & Simon,* for respondent.

Pursuant to the agreement of the parties, the appeal herein was dismissed.   No opinion.         DISMISSED.

Decided 22 November, 1899.

### ROYLES *v.* NORTON.

From Lane :   J. C. FULLERTON, Judge.

Action to recover the amount of a note.   Defendant had judgment in the justice's court, and a writ of review to the circuit court was dismissed.   Plaintiff then took this appeal.                               AFFIRMED.